IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM ZAMORA,

      Petitioner,

v.                                        CIV 11-501 WJ/GBW

TIMOTHY HATCH, Warden,

      Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on July 19, 2012. *Doc. 22.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so within the required time waives appellate review. *See id.* at 21. To date, Plaintiff has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore, IT IS HEREBY ORDERED that the PFRD, (*doc. 22*), is ADOPTED and that all claims are DENIED and the petition is DISMISSED with prejudice. A final order dismissing the case will be filed herewith.

 

_____
WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE